```
DENNIS B. HILL      (SBN 218131)
D.B. HILL, A PROFESSIONAL LAW CORPORATION
354 F Street
Lincoln, California 95648
Tel: (916) 434-2553
Fax: (916) 434-2560
```

Attorneys for Plaintiff LINDA MCDONOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MCDONOUGH,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMAAL D. EL-KHAL, M.D., and AMPLA HEALTH,<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(Compensatory Damages)<br><br>1. Federal Tort Claims Act; Professional Negligence<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges as follows:

**JURISDICTION AND VENUE**

1.   Plaintiff LINDA MCDONOUGH ("McDonough"), an individual, was and is at all relevant times mentioned herein a citizen of Oroville, in the State of California.

2.   At all relevant times, defendant JAMAAL D. EL-KHAL, M.D. ("Dr. El-Khal") was and is a medical doctor licensed to practice medicine in the State of California. At all relevant times to this lawsuit, Dr. El-Khal was an employee of defendant AMPLA

COMPLAINT FOR DAMAGES
- 1 -

1  HEALTH and was engaged in the course and scope of such
2  employment when performing the acts plaintiff alleges forms the
3  basis of her claim.
4  3.   At all relevant times, defendant AMPLA HEALTH was and is a
5  California corporation licensed to conduct business in the State
6  of California, and is the employer of Dr. El-Khal.
7  4.   Jurisdiction is proper in this Court pursuant to 42 U.S.C.
8  sections 201 & 233(g)(k) which provides that the Federal Tort
9  Claims Act is the exclusive remedy for injuries caused by
10 employees of a deemed community health center.  Plaintiff
11 submitted a written claim for her injuries to the United States
12 Department of Health & Human Services at Office of General
13 Counsel in Washington D.C. on September 13, 2012, and submitted
14 an amended written claim on October 23, 2012.  The Department of
15 Health & Human Services denied plaintiff's claim and therefore
16 plaintiff files this action.
17 5.   Venue is proper in the Eastern District of California
18 pursuant to 28 U.S.C. section 1391(b).

### FIRST CAUSE OF ACTION
### (Professional Negligence)

21 6.   At all relevant times, defendants, and each of them, were
22 the agents and employees of each of the defendants, and were at
23 all times acting within the purpose and scope of said agency and
24 employment, and each defendant has ratified and approved the
25 acts of his agent.
26 7.   At all relevant times hereto, AMPLA HEALTH operated a
27 health clinic and employed Dr. El-Khal.  Dr. El-Khal treated
28 McDonough as a primary care physician.

8.   In or around June of 2011, Dr. El-Khal prescribed Tribenzor for McDonough's high blood pressure condition.  Dr. El-Khal did not, however, order blood tests to monitor McDonough's kidney health.  McDonough informed Dr. El-Khal of her chronic kidney disease, but Dr. El-Khal continued to fail to monitor McDonough's kidney health.

9.   On April 30, 2012, McDonough started experiencing severe symptoms including, but not limited to, itching, swelling, breathing problems and hives all over.  She presented to the Oroville Hospital emergency department and was diagnosed with acute kidney injury.

10.   Dr. El-Khal failed to meet the standard of care of a treating physician because he did not monitor McDonough's kidney health, knowing that she had chronic kidney disease.  Had Dr. El-Khal met the standard of care for a treating physician under the described circumstances, McDonough would not have suffered the acute kidney injury that she did.

11.   Defendants so tortuously and negligently managed their persons, property and business in such a fashion which breached duties of care owed to plaintiff and thereby proximately caused actual loss, injury, general and special damages to plaintiff.

12.   Defendants negligence includes, but is not limited to, the following acts: defendants failed to (a) order blood labs to monitor plaintiff's kidney health; (b) prescribe appropriate medication to manage plaintiff's high blood pressure; and (c) otherwise provide health care that meets the standard of care for medical treatment of a person under the these circumstances.

13.   Plaintiff suffered injuries to her kidneys and other parts

1  of her mind and body resulting in pain and suffering,
2  disability, mental anguish, mental impairment, loss of capacity
3  for the enjoyment of life, medical expenses and loss of income
4  and earning capacity.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against defendants as follows:

A. For general damages according to proof but in excess of the jurisdictional limits of the Court;
B. For special damages according to proof;
C. For emotional distress damages according to proof;
D. For prejudgment interest in accordance with admiralty law;
E. For costs of suit herein; and
F. For such other and further relief as the Court may deem just and proper.

Dated this May 21, 2014

*/s/ Dennis B. Hill*
Dennis B. Hill, Attorney for
Plaintiff LINDA MCDONOUGH