BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA McDONOUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendants | CASE NO.  2:14-cv-01252-GEB-CMK<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND JOINT SCHEDULING REPORT** |

This is a Federal Tort Claims Act ("FTCA") medical malpractice action.  The Complaint in this matter was filed May 21, 2014.  (Dkt. No. 1).  This Court issued its standard new case order the following day.  (*See* Order Setting Status (Pretrial Scheduling) Conference, Dkt. No. 3).  In that Order, the Court set a Scheduling Conference for September 15, 2014, and ordered a joint status report to be filed by September 1, 2014.  (*See id*. at ¶¶ 1 & 6).

The United States was substituted as the sole defendant on July 10, 2014 (Dkt. Nos. 5-6), and the United States Attorneys' Office was served on August 18, 2014.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading is due October 16, 2014.  The United States contends that Plaintiff's claims are barred by 28 U.S.C. § 2401(b), and plans to file a motion to dismiss on this ground before October 16, 2014.[1]  The parties agree that it would be most efficient for the Court to resolve this threshold issue before further proceedings in the case, and that the initial

---

[1] The United States plans to file this motion so that it may be heard at the Court's next available hearing date, which the United States understands to be November 3, 2014.  If an earlier hearing date becomes available, the United States would prefer to file its motion for such earlier date and is prepared to do so.

Stip. and Order to Continue Scheduling Conference and JSR                                                     1

scheduling conference and joint stats report hearing should be continued until after such resolution.

Therefore, the parties stipulate to continue the status conference to November 10, 2014. A joint status report shall be filed fourteen days prior to the hearing. Counsel for Plaintiff has a trial beginning November 24, 2014, and another trial the following week, and therefore requests that the Court not set the conference during those trials.

Respectfully submitted,

DATED: August 26, 2014                         BENJAMIN B. WAGNER
                                               United States Attorney


                                       By:     */s/ Gregory T. Broderick*
                                               GREGORY T. BRODERICK
                                               Assistant U.S. Attorney

DATED: August 26, 2014

                                       By:     */s/ Dennis B. Hill* (auth. 8/26/2014)
                                               DENNIS B. HILL
                                               Attorney for Plaintiff

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated:  August 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge