BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA McDONOUGH<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>           Defendants | CASE NO.  2:14-cv-01252-GEB-CMK<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND JOINT SCHEDULING REPORT** |

This is a Federal Tort Claims Act ("FTCA") medical malpractice action.  The Complaint in this matter was filed May 21, 2014.  (Dkt. No. 1).  This Court issued its standard new case order the following day.  (*See* Order Setting Status (Pretrial Scheduling) Conference, Dkt. No. 3).  In that Order, the Court set a Scheduling Conference for September 15, 2014, and ordered a Joint Status Report to be filed by September 1, 2014.  (*See id*. at ¶¶ 1 & 6).  The Scheduling Conference was continued to November 10, 2014, by stipulation and order of this Court, making the Joint Status Report due October 27, 2014.  (Dkt. No. 7)

The United States has since filed a motion to dismiss set for November 3, 2014, contending that Plaintiff's claims are barred by 28 U.S.C. § 2401(b), the FTCA's statute of limitations.  (Dkt. No. 8).  Plaintiff has opposed the motion (Dkt. No 8), and the United States' reply brief is due October 27, 2014—the same day as the Joins Status Report is currently due.  Given the dispositive nature of the motion, the parties agree that it would be more efficient for the Court to resolve this threshold issue before further proceedings in the case, and that the initial scheduling conference and Joint Status Report should be continued until after such resolution.

Therefore, the parties stipulate to continue the status conference to December 15, 2014, with the Joint Status Report due fourteen days before the hearing.  Counsel for Plaintiff has a trial beginning November 24, 2014, and hearings set in Alameda county and Yuba on December 1, and the parties thus request that the Court not set the conference until after those dates.

Respectfully submitted,

DATED: October 16, 2014                                         BENJAMIN B. WAGNER
                                                                United States Attorney

                                                         By:    /s/ Gregory T. Broderick
                                                                GREGORY T. BRODERICK
                                                                Assistant U.S. Attorney

DATED: October 16, 2014

                                                         By:    /s/ Dennis B. Hill (auth. on 10/15/2014)
                                                                DENNIS B. HILL
                                                                Attorney for Plaintiff

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge