UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda McDonough,<br><br>        Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>        Defendant. | No. 2:14-cv-01252-GEB-CMK<br><br><br>**ORDER** |

      The leave period Plaintiff was granted in the Order filed on November 20, 2014, within which "to file an amended complaint that addresses the deficiencies in the dismissed Complaint," has expired. (Order 2:21-23, ECF No. 15.) Plaintiff shall file the referenced amended complaint no later than noon on February 18, 2015, and is warned that if she fails to file an amended complaint by this time, this lawsuit may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

Dated: February 12, 2015

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge