BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA McDONOUGH | CASE NO.  2:14-cv-01252-GEB-CMK |
| Plaintiff, | **STIPULATION and [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND JOINT SCHEDULING REPORT** |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendants. | |

This is a Federal Tort Claims Act ("FTCA") medical malpractice action.  The Complaint in this matter was filed May 21, 2014.  (Dkt. No. 1).  The Court dismissed Plaintiff's claim with leave to amend on November 20, 2014 (Dkt. No. 15).  Plaintiff filed an amended complaint on February 17, 2015.  (Dkt. No. 22).  After vacating previous dates, the Court also set a status conference on March 23, 2015, at 9:00 a.m., and ordered a joint status report to be filed fourteen (14) days before the status conference.  (Dkt. No. 20).[1]  On March 2, 2015, the United States filed a motion to dismiss Plaintiff's First Amended Complaint (Dkt. No. 23), which is set for March 30, 2015.

Given the dispositive nature of the motion, the parties agree that it would be more efficient for the Court to resolve the pending motion to dismiss before setting a schedule or engaging in other proceedings, and that the initial scheduling conference and Joint Status Report should be continued until after such resolution.  Therefore, the parties stipulate to continue the status conference to a date approximately 21 days after the motion to dismiss is resolved.  The pretrial scheduling conference is

---

[1] There is also a pending Order to Show Cause, (*see* Dkt. No. 20), to which Plaintiff has responded.  (*See* Dkt. No. 21).

1  rescheduled for June 22, 2015, at 9:00 a.m.  a joint status report shall be filed fourteen days prior to

2  the hearing.

3  Respectfully submitted,

4  DATED: March 9, 2015                              BENJAMIN B. WAGNER
                                                    United States Attorney
5

6                                          By:    */s/ Gregory T. Broderick*
                                                  GREGORY T. BRODERICK
7                                                 Assistant U.S. Attorney

8  DATED: March 9, 2015

9                                          By:    */s/ Dennis B. Hill* (auth. 3/8/15)
                                                  DENNIS B. HILL
10                                                Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROPOSED ORDER**

2    IT IS SO ORDERED.

3    Dated:  March 10, 2015

4

5                                _____

6                                GARLAND E. BURRELL, JR.

7                                Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. and Order to Continue Scheduling Conference and JSR          3