BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA McDONOUGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Defendants. | CASE NO.  2:14-cv-01252-GEB-CMK<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND JOINT SCHEDULING REPORT** |

This is a Federal Tort Claims Act ("FTCA") medical malpractice action.  The Complaint in this matter was filed May 21, 2014.  (Dkt. No. 1).  The Court dismissed Plaintiff's claim with leave to amend on November 20, 2014 (Dkt. No. 15).  Plaintiff filed an amended complaint on February 17, 2015.  (Dkt. No. 22).  After vacating previous dates, the Court also set a status conference on March 23, 2015, at 9:00 a.m., and ordered a joint status report to be filed fourteen (14) days before the status conference.  (Dkt. No. 20).[1]  On March 2, 2015, the United States filed a motion to dismiss Plaintiff's First Amended Complaint (Dkt. No. 23), which was set for March 30, 2015.  The Court submitted that matter without argument on March 25, 2015.  (Dkt. No. 29).  The Court continued the previously scheduled March 23, 2015, status conference upon stipulation of the parties, in light of the pending motion.  (*See* Dkt. No. 26).

　　　Given the dispositive nature of the pending motion, the parties agree that it would be more

---

[1]  There is also a pending Order to Show Cause, (*see* Dkt. No. 20), to which Plaintiff has responded.  (*See* Dkt. No. 21).  The matter has not yet been discharged.

Stip. and Order to Continue Scheduling Conference and JSR                                                                                    1

1  efficient for the Court to resolve the pending motion to dismiss before setting a schedule or engaging
2  in other proceedings, and that the initial scheduling conference and Joint Status Report should be
3  continued until after such resolution.  Therefore, the parties stipulate to continue the status
4  conference approximately 90 days, to September 21, 2015, at 9:00 a.m.  The parties will file a status
5  report 14 days before the status conference if the matter is still pending at that time.
6  Respectfully submitted,

7  DATED: June 4, 2015                                            BENJAMIN B. WAGNER
                                                                  United States Attorney

9                                                    By:   */s/ Gregory T. Broderick*
                                                           GREGORY T. BRODERICK
10                                                         Assistant U.S. Attorney

11  DATED: June 4, 2015

12                                                   By:   */s/ Dennis B. Hill* (June 4, 2015)
                                                           DENNIS B. HILL
13                                                         Attorney for Plaintiff

**PROPOSED ORDER**

The pretrial scheduling conference is rescheduled for October 26, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  June 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge